JOSE ROSA v. DUNKIN DONUTS OF PASSAIC, CARMEL ADITYA, ETC., ET AL.

July 7, 1989.

Petition for certification granted.

GERALD ROBERT EATON v. DONNA EATON.

September 6, 1989.

Petition for certification granted. (See 226 *N.J.Super.* 62)..

EDWARD BROWN v. STATE OF NEW JERSEY, DIVISION OF MOTOR VEHICLES.

September 6, 1989.

Petition for certification denied.

TARA NOLAN AND PAULINE NOLAN, ET AL. v. LUISITA S. LEE HO, M.D.

September 6, 1989.

Petition for certification granted.